JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 896-2529
Fax   (702) 896-0529
jsbaih@sbaihlaw.com
*Attorneys for Arelee Mendoza*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| EDNA SANTANA, on behalf of ARELEE MENDOZA, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>TITAN AUTO INSURANCE; DOES I – V and ROES VI – X, inclusive;<br><br>Defendants. | Case No.: 2:09-cv-01963-KJD-PAL<br><br>**ORDER TO RELEASE MINOR'S BLOCKED ACCOUNT** |

The Ex Parte Motion to Release Minor's Account filed by Arelee Mendoza, having been submitted to this Court, and Arelee Mendoza being represented by her attorney, Jesse Sbaih, Esq., of the law firm of Jesse Sbaih & Associates, and the Court having considered the Motion and the representation of counsel, and good cause appearing therefore;

1.   IT IS ORDERED, ADJUDGED AND DECREED that Wells Fargo Bank is directed to immediately disburse any and all funds under Account Number 2425732969 to Arelee Mendoza; and

///
///
///
///
///
///
///
///

2. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, upon Wells Fargo Bank's disbursement of all funds under Account Number 2425732969 to Arelee Mendoza, Wells Fargo Bank shall cause Account Number 2425732969 to be closed.

DATED this ___18___ day of March, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

JESSE SBAIH & ASSOCIATES, LTD.

By_____
Jesse M. Sbaih (#7898)
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
(702) 896-2529
*Attorneys for Arelee Mendoza*